JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONG YUNE, | **Case No.: 2:19-cv-00933-FMO (DFMx)** |
| Plaintiff, | **ORDER GRANTING STIPULATION [18] FOR DISMISSAL OF THE ENTIRE ACTION** |
| vs. | |
| CM TIME, INC. d/b/a IT'S BOBA; and DOES 1 through 10 inclusive, | Complaint Filed: February 07, 2019<br>Trial Date: None |
| Defendants. | |

ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: June 21, 2019  _____/s/_____
Fernando M. Olguin
United States District Judge